UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALISHA HARDY,

                Plaintiff,

- against -

CAROLYN W. COLVIN, Commissioner,
Social Security Administration,

                Defendant.
-------------------------------------------------------------X

**JUDGMENT**
14-CV-6798 (RRM)

      A Memorandum and Order of the undersigned having been filed this day granting the Commissioner's motion for judgment on the pleadings; denying Hardy's cross-motion for judgment on the pleadings; and directing the Clerk of Court to enter judgment accordingly and close this case; it is hereby

      ORDERED and ADJUDGED AND DECREED that plaintiff take nothing of defendant and the case is closed.

Dated: Brooklyn, New York
       September 21, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge